Filing # 62543989 E-Filed 10/10/2017 08:53:36 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

RMX CONSTRUCTION (A/A/O
HOPE CHAPEL CHRISTIAN ASSEMBLY, INC.),

          CASE NO:

Plaintiff,

v.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, RMX CONSTRUCTION (A/A/O HOPE CHAPEL CHRISTIAN ASSEMBLY, INC.), ("RMX"), by and through the undersigned counsel and pursuant Florida Rules of Civil Procedure, hereby files this Complaint against the Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PHILADELPHIA"), and as grounds therefore states as follows:

1. That this is an action for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. That at all times material hereto the Defendant was an insurance company authorized to do business in the State of Florida and doing business in Duval County, Florida.

3. That at all times material hereto the Plaintiff was and is authorized to do business in the State of Florida and doing business in Duval County, and is otherwise *sui juris*.

4. Jurisdiction and venue are proper in Duval County, Florida.

## COUNT I
## BREACH OF CONTRACT AS ASSIGNEE OF HOPE CHAPEL CHRISTIAN ASSEMBLY, INC.

Plaintiff readopts and realleges Paragraphs 1 through 4 above as if fully stated herein, and further alleges as follows:

5. Plaintiff brings this action based upon an after-loss assignment of insurance proceeds by HOPE CHAPEL CHRISTIAN ASSEMBLY, INC. ("HOPE CHAPEL").

6. That at all times material hereto, HOPE CHAPEL and Defendant had a policy of insurance, Policy No. PHPK1559484, on the residence located at 9840 Wagner Road, Jacksonville, Florida 32219, which afforded various types of coverages including coverage for damage to dwelling, other structures, personal property, and for loss of use. Plaintiff is not in possession of a true and correct copy of the policy, but believes one to be in possession of Defendant.

7. On or about January 24, 2017, the above described property sustained roof and interior water damage, and the subject insurance policy was in full force and effect at all times material hereto.

8. HOPE CHAPEL is entitled to insurance benefits for the roof and interior water damage under the above-referenced policy.

9. On or about June 12, 2017, HOPE CHAPEL retained RMX to perform services and/or repairs at the aforementioned property.

10. Plaintiff provided necessary services for HOPE CHAPEL and has contracted to provide additional services, and in exchange, HOPE CHAPEL authorized direct payment and assigned his/her property insurance rights, benefits, and proceeds to the Plaintiff, RMX, as consideration for the repairs made by the Plaintiff. A copy of Contract is attached hereto as **Exhibit "A"**.

11. Plaintiff has complied with all conditions precedent and statutory requirements.

12. In accordance with the aforementioned Contract, Plaintiff timely billed Defendant for services rendered at the above-mentioned property in relation to the subject roof and interior water damage which would be covered under the aforesaid insurance policy with Defendant.

13. Defendant has failed and/or refused to make full payment.

14. That Defendant's refusal to pay the full amount of the services rendered by the Plaintiff was contrary to the terms of the policy and/or Florida law and was a breach of said contract of insurance.

15. The Plaintiff has been damaged by the Defendant's breach of said contract of insurance by not having been compensated for the services rendered to the insured property.

16. That as a direct and proximate result of the Defendant's refusal to pay the Plaintiff for services rendered, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the Plaintiff's interests and Plaintiff has become obliged to pay them a reasonable fee for their services in bringing this action.

17. In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.428 or other Florida law.

**WHEREFORE**, the Plaintiff, RMX RESTORATION INC. (A/A/O HOPE CHAPEL CHRISTIAN ASSEMBLY, INC.), a Florida Corporation, demands judgment against the Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, for damages including, but not limited to, payment of Plaintiff=s invoice/bill, interest allowed by law, reasonable attorney fees and costs pursuant to Florida Statute Section 627.428 or other Florida law, and any other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiffs further demands a trial by jury of all issues so triable as a matter of right.

Dated this 8th day of October, 2017.

                By:    /s/ Kevin Weisser
                        KEVIN WEISSER
                        Florida Bar No: 98828
                        WEISSER & ELAZAR, PLLC
                        Attorneys for Plaintiff
                        520 NW 165th Street, Suite 111
                        Miami, FL 33169
                        T: (954) 486-2623
                        Email: KW@WEKLaw.com
                                  MM@WEKLaw.com