UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:18-CV-00355-BJD-JBT

RMX CONTRACTING SERVICES, INC.
(A/A/O HOPE CHAPEL CHRISTIAN
ASSEMBLY, INC.),

    Plaintiff,
v.

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

    Defendant.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF
DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

Plaintiff, RMX CONTRACTING SERVICES, INC. (A/A/O HOPE CHAPEL CHRISTIAN ASSEMBLY, INC.), and Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, do hereby stipulate to the dismissal with prejudice of all of Plaintiff's, RMX CONTRACTING SERVICES, INC. (A/A/O HOPE CHAPEL CHRISTIAN ASSEMBLY, INC.), claims against Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, in this litigation. Each party is to bear its own attorney's fees and costs.

Dated this November 19, 2018.

**SIGNATURES ON NEXT PAGE**

| | |
|---|---|
| Zaf G. Goss, Esq., <br> Louis A. Gonzalez, Esq. <br> Vargas Gonzalez Hevia Baldwin LLP <br> *Attorneys for Plaintiff* <br> 2745 W. Fairbanks Avenue, First Floor <br> Winter Park, Florida 32789 <br> Tel.: (407) 603-7940 <br><br><br> By: /s/ Zaf G. Goss_____ <br>     Zaf G. Goss, Esq. <br>     Florida Bar No.: 123815 <br>     Louis A. Gonzalez, Esq. <br>     Florida Bar No.: 84213 | Michael Simon, Esq. <br> Jennifer V. Ortega, Esq. <br> Simon, Reed & Salazar, P.A. <br> *Attorneys for Defendant* <br> 9130 S. Dadeland Blvd., Suite 1209 <br> Miami, Florida  33156 <br> Tel.: (305) 670-0776 <br><br><br> By: */s/ Jennifer V. Ortega* <br>     Michael Simon, Esq. <br>     Florida Bar No.: 0062790 <br>     Jennifer V. Ortega, Esq. <br>     Florida Bar No.: 028228 |